UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

FILED
FEB 19 2020
U.S. DISTRICT COURT
ELKINS WV 26241

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 2:20-CR-7 |
| COURTNEY MARIE ZIRKLE, <br> Defendant. | Violations: 18 U.S.C. § 922(g)(1) <br> 18 U.S.C. § 924(a)(2) <br> 21 U.S.C. § 841(a)(1) <br> 21 U.S.C. § 841(b)(1)(C) |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Possession with Intent to Distribute Methamphetamine)

On or about January 18, 2019, in Randolph County, in the Northern District of West Virginia, defendant **COURTNEY MARIE ZIRKLE** did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute, a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

(Possession with Intent to Distribute Heroin)

On or about January 18, 2019, in Randolph County, in the Northern District of West Virginia, defendant **COURTNEY MARIE ZIRKLE** did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute a mixture and substance containing a detectable amount of Heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

(Unlawful Possession of a Firearm)

On or about January 18, 2019, in Randolph County, in the Northern District of West Virginia, defendant **COURTNEY MARIE ZIRKLE**, knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Conspiracy, in the Circuit Court of Randolph County, West Virginia, in case number 17-F-60, on June 5, 2017, knowingly possessed a firearm, that is: a Taurus, model PT740 Slim, .40 caliber semi-automatic pistol, serial number SF055299; and the firearm was in and affecting commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

*Controlled Substance Act*
*Gun Control Act*

1. Pursuant to Title 21, United States Code, Sections 841(a) and 853, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense, including:

   A. a Taurus, model PT740 Slim, .40 caliber semi-automatic pistol, serial number SF055299;

   B. six (6) rounds of .40 caliber ammunition; and

   C. $801.00 in US currency.

2. Pursuant to Title 18, United States Code, Sections 922(g), 924(c), and 924(d), and Title 28, United States Code, Section 2461(c), the government will seek the forfeiture of any firearm and any ammunition involved in the knowing commission of such offense, including: a Taurus, model PT740 Slim, .40 caliber semi-automatic pistol, serial number SF055299, and six (6) rounds of .40 caliber ammunition.

A true bill,

/s/
Foreperson

/s/
WILLIAM J. POWELL
United States Attorney

Stephen Warner
Assistant United States Attorney