```
               N THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  v.                    **Criminal Action No. 2:20-cr-07-1**
                                          **(Judge Kleeh)**

**COURTNEY MARIE ZIRKLE,**

      **Defendant.**

## ORDER ADOPTING REPORT AND RECOMMENDATION [DKT. NO. 33] AND DENYING DEFENDANT'S MOTION TO SUPPRESS [DKT. NO. 22]

On April 2, 2020, Defendant Courtney Marie Zirkle ("Defendant") filed a motion to suppress evidence [Dkt. No. 22]. Pursuant to 28 U.S.C. § 636, the Court referred the motion to United States Magistrate Judge Michael J. Aloi for initial review and preparation of a Report and Recommendation ("R&R"). Defendant executed and filed a waiver of personal appearance [Dkt. No. 30] and an evidentiary hearing on the motion to suppress was held on May 7, 2020 [Dkt. No. 31]. The Magistrate Judge recommended that the motion to suppress be denied [Dkt. No. 33].

When considering a magistrate judge's R&R pursuant to 28 U.S.C. § 636(b)(1), the Court must review de novo those portions to which objection is timely made. Otherwise, "the Court may adopt, without explanation, any of the magistrate judge's recommendations to which the [defendant] does not object." Dellarcirprete v. Gutierrez, 479 F. Supp. 2d 600, 603-04 (N.D.W.

Va. 2007) (citing Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983)). Courts will uphold portions of a recommendation to which no objection has been made unless they are clearly erroneous. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005).

Here, objections to the Magistrate Judge's R&R were due on or before May 29, 2020 [Dkt. No. 33 at 17]. To date, Defendant has not filed any objections. Accordingly, the Court reviewed the R&R for clear error.

## Conclusion

Upon careful review of the above, and finding no clear error, the Court **ADOPTS** the R&R [Dkt. No. 33]. Defendant's motion to suppress [Dkt. No. 22] is **DENIED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED**: June 1, 2020

>/s/ Thomas S. Kleeh
>THOMAS S. KLEEH
>UNITED STATES DISTRICT JUDGE